| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Crone, Marcia A. | 2. Court or Organization<br><br>U.S. District Court - E.D. TX | 3. Date of Report<br><br>03/26/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>300 Willow Street, Room 239<br>Beaumont, TX 77701 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Inns of Court - Michelle Mehaffy Inn (Beaumont, TX) - 2004-2011 |
| 2. | Director | Rotary Club of Beaumont (Beaumont, TX) - 2011 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crone, Marcia A. | 03/26/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | The Bank of New York Mellon Trust Co., N.A. - [redacted] services as vice president |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crone, Marcia A. | 03/26/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crone, Marcia A. | 03/26/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity AMT Tax Free Money Fund (Muni MMF) - Boston, MA | A | Dividend | J | T | | | | | |
| 2. Fidelity Contra Fund (IRA) - Boston, MA | A | Dividend | K | T | | | | | |
| 3. Capital One - checking, savings | B | Interest | N | T | | | | | |
| 4. Fidelity Investments - Rollover IRA | B | Int./Div. | O | T | | | | | |
| 5. --- Fidelity Cash Reserves | | | | | | | | | |
| 6. --- Fidelity Magellan | | | | | | | | | |
| 7. --- Fidelity Growth Company | | | | | | | | | |
| 8. JP Morgan Chase Bank - checking, savings | A | Interest | J | T | | | | | |
| 9. Vanguard Investments - Valley Forge, PA - retirement & 401k | A | Dividend | O | T | | | | | |
| 10. ---Vanguard Small Cap Growth Index | | | | | | | | | |
| 11. ---Vanguard Large Cap Index | | | | | | | | | |
| 12. Fidelity Balanced Fund (IRA)-Boston, MA | A | Dividend | | | Merged (with line 5) | 08/08/11 | L | | |
| 13. Five Point Credit Union - Beaumont, TX - CD | A | Interest | | | Matured | 01/27/11 | M | | |
| 14. Mobiloil Federal Credit Union - savings | A | Interest | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)          F =$50,001 - $100,000          G =$100,001 - $1,000,000          H1 =$1,000,001 - $5,000,000          H2 =More than $5,000,000
2. Value Codes          J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
(See Columns C1 and D3)          N =$250,001 - $500,000          O =$500,001 - $1,000,000          P1 =$1,000,001 - $5,000,000          P2 =$5,000,001 - $25,000,000
          P3 =$25,000,001 - $50,000,000          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal          R = Cost (Real Estate Only)          S =Assessment          T =Cash Market
(See Column C2)          U = Book Value          V = Other          W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marcia A. Crone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544